IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAVID RYAN LEE, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-65(WLS) |
| | * |
| GEORGIA DEPARTMENT OF TRANSPORTATION, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 14, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk